IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ATLAS COPCO MINING
AND CONSTRUCTION LLC                                                           PLAINTIFF/
                                                                      COUNTER-DEFENDANT

v.                              Case No.  3:16-cv-00297-KGB

TERRAFIRM CONSTRUCTION, LLC
(A MAHAN COMPANY)                                                              DEFENDANT/
                                                                       COUNTER-PLAINTIFF

## ORDER

The Court is in receipt of plaintiff Atlas Copco Mining and Construction LLC's ("Atlas") notice of name change (Dkt. No. 33).  Atlas indicates that, during the pendency of the action, it changed its name from Mining, Rock Excavation and Construction LLC.  Atlas requests that the Court and parties effectuate this change in all pleadings, filings, and records of the Court.  The Court directs the Clerk to change the name of the entity in the Court's docket.

It is so ordered this the 24th day of February, 2017.

_____
Kristine G. Baker
United States District Judge