IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| ATLAS COPCO MINING AND<br>CONSTRUCTION USA LLC | PLAINTIFF/<br>COUNTER-DEFENDANT |
| v. Case No. 3:16-cv-297 KGB | |
| TERRAFIRM CONSTRUCTION, LLC<br>(A MAHAN COMPANY) | DEFENDANT<br>COUNTER-PLAINTIFF |

## ORDER

Before the Court is the parties' joint motion for continuance (Dkt. No. 37). Presently this action is set for trial to begin during the week of September 11, 2017 (Dkt. No. 31). Pursuant to the parties' joint motion (Dkt. No. 35), this Court previously extended the discovery deadline up to and including July 19, 2017, and extended the deadline to file dispositive motions up to and including August 13, 2017 (Dkt. No. 36).

The joint motion for continuance indicates that the parties agree that additional time is needed to conduct discovery (Dkt. No. 37). The parties request a continuance of the current trial date to the Court's next available setting. For good cause shown, the Court grants the motion (Dkt. No. 37). The Court will issue by separate Order an amended scheduling order to set a new trial date and new deadlines based upon the new trial date.

It is so ordered this the 7th day of July, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge