IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| ATLAS COPCO MINING AND CONSTRUCTION, LLC | PLAINTIFF/ COUNTER-DEFENDANT |
| v. Case No. 3:16-cv-297-KGB | |
| TERRAFIRM CONSTRUCTION, LLC (A MAHAN COMPANY) | DEFENDANT COUNTER-PLAINTIFF |

## ORDER

Before the Court is the parties' joint motion for dismissal (Dkt. No. 42). In the motion, the parties represent that plaintiff Atlas Copco Mining and Construction, LLC ("Atlas") and defendant Terrafirm Construction, LLC ("Terrafirm") agree to dismiss with prejudice all of the claims and counterclaims in this case, with each party to bear any remaining costs and attorneys' fees (*Id.*). Furthermore, the parties request that Terrafirm and its sureties be released from their obligation to maintain a delivery bond, as previously ordered by the Court (Dkt. No. 23, at 11).

The Court grants the parties' motion to dismiss (Dkt. No. 42). The claims and counterclaims in this case are dismissed with prejudice. The merits of this case having been resolved by virtue of the parties' agreement, the preliminary injunction previously issued by this Court is no longer in effect (Dkt. No. 23), and Terrafirm and its sureties are no longer required to maintain a delivery bond.

It is so ordered this the 3rd day of January, 2018.

_____
Kristine G. Baker
United States District Judge