IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| ATLAS COPCO MINING AND CONSTRUCTION, LLC | PLAINTIFF/ COUNTER-DEFENDANT |
| v. Case No. 3:16-cv-297-KGB | |
| TERRAFIRM CONSTRUCTION, LLC (A MAHAN COMPANY) | DEFENDANT COUNTER-PLAINTIFF |

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that all of the claims and counterclaims in this case are dismissed with prejudice.

So adjudged this the 3rd day of January, 2018.

_____
Kristine G. Baker
United States District Judge